LORRAINE MANUFACTURING COMPANY OF NEW YORK v. PHILIP POSNER and

Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.